UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:11-cr-171 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| TRAMAINE L. NORMAN, | : | |
| Defendant. | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 6)

This case is presently before the Court on the Report and Recommendations of the United States Magistrate Judge Michael J. Newman (Doc. 6), wherein the Magistrate Judge recommended that Defendant's plea of guilty to Counts One, Two, Three and Four of the Information (Doc. 2) be accepted by the Court and that Defendant be found guilty as charged in such Counts. The parties filed no objections to the Report and Recommendations of the Magistrate Judge, and the time for filing objections expired November 28, 2011.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendations (Doc. 6) of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. Defendant is hereby adjudged **GUILTY** of Counts One, Two, Three and Four of the Information.

**IT IS SO ORDERED**.

Date: 12/2/11

Timothy S. Black
United States District Judge